**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable D. Lowell Jensen
Senior United States District Judge
Sacramento, California

                         **RE:   Anthony Bruce CANNON
                               Docket Numbers: 2:90CR00122 and
                                                           2:90CR00438
                               <u>RELEASE OF PRESENTENCE REPORT</u>**

Your Honor:

The purpose of this memorandum is to request that the Court authorize release of the presentence report regarding Anthony Bruce Cannon to the Federal Defender's Office in the Eastern District of California, Sacramento.

On March 23, 1992, Cannon was sentenced by the Honorable Thomas J. MacBride after pleading guilty to multiple drug and money laundering charges. The cases involved cocaine base, for which the United States Sentencing Commission has promulgated amendments which are beneficial for Cannon and are to be applied retroactively. Cannon was sentenced to 262 months imprisonment.

**Anthony Bruce CANNON**
**Docket Number: 0972/2:90CR00122 & 2:90CR00438**

The undersigned believes Cannon may be eligible for immediate release based on the amendments and requests the Court allow the presentence report to be released to the Federal Defender's Office for further investigation of this matter.

Respectfully submitted,

**/s/ kam**
**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

Dated:   January 8, 2008
         Sacramento, California
         KAM:kam

cc:   Assistant United States Attorney
      Defense Counsel

---

The Court authorizes the Probation Office for the Eastern District of California to release presentence report prepared on Anthony Bruce Cannon in 1991 be released to the Federal Defender's Office in Sacramento.

AGREE: **XX**                           DISAGREE: _____

_____               Date:   January 11, 2008
D. Lowell Jensen
Senior United States District Judge